372 A.2d 427
Commonwealth v. Padilla, Appellant.

Submitted June 22, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; John A. Kenneff, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

372 A.2d 427
Commonwealth v. Perez, Appellant.

Argued December 6, 1976. J. Richard Gray, with him Daniel H. Shertzer, for appellant; Joseph C. Madenspacher, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.